**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**KAYLA FLINCHBAUGH,**

     **Plaintiff,**

**v.**                            **Case No.: 8:25-cv-03454-AAS**

**COMMISSIONER OF SOCIAL**
**SECURITY,**

     **Defendant.**
_____/

## ORDER

The Commissioner of Social Security (Commissioner) moves to remand this case for further action under sentence four of 42 U.S.C. § 405(g). (Doc. 19). This request is unopposed. (*Id.*, p. 1).

Accordingly, the Commissioner's motion to remand pursuant to sentence four of 42 U.S.C. § 405(g) (Doc. 19) is **GRANTED**. On remand, the case will be returned to an administrative law judge, who will offer the plaintiff an opportunity to be heard and issue a new decision. The Clerk of the Court is directed to enter judgment in favor of the plaintiff in accordance with Fed. R. Civ. P. 58, consistent with the decision in *Shalala v. Schaefer*, 509 U.S. 292, 296–302 (1993), terminate all pending motions, and close the file.

**ORDERED** in Tampa, Florida, on June 26, 2026.

AMANDA ARNOLD SANSONE
United States Magistrate Judge