**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**KAYLA FLINCHBAUGH,**

**Plaintiff,**

**v.** **Case No.: 8:25-cv-03454-AAS**

**FRANK BISIGNANO,**
**Commissioner of the Social Security Administration,**

**Defendant.**
**______________________________________/**

**ORDER**

Plaintiff Kayla Flinchbaugh moves for attorney's fees and costs under the Equal Access to Justice Act (EAJA), 28 U.S.C. Section 2412. (Doc. 23). The Commissioner does not oppose the motion. (Doc. 24).

Ms. Flinchbaugh requests $3,489.21 in attorney's fees and $400.00 in costs. The EAJA permits awards for reasonable attorney's fees and costs to a prevailing party against the United States. 28 U.S.C. § 2412. A June 26, 2026 order remanded the Commissioner's final decision under sentence four of 42 U.S.C. Section 405(g) for further administrative proceedings. (Doc. 20). The Clerk of Court entered judgment in favor of Ms. Flinchbaugh. (Doc. 21).

The Commissioner does not contest the following: Ms. Flinchbaugh is the prevailing party; the Commissioner's position was not substantially justified; and Ms. Flinchbaugh's attorney's fees and costs request is reasonable. A court

should grant a Social Security claimant's request for attorney's fees when it is unopposed. *See Jones v. Colvin*, No. 8:13-CV-2900-T-33AEP, 2015 WL 7721334 (M.D. Fla. Nov. 30, 2015) (awarding unopposed attorney's fees request). Thus, Ms. Flinchbaugh is entitled to $3,489.21 in attorney's fees and $400.00 in costs.

Attorney's fees awarded to a claimant under the EAJA can be offset to satisfy the claimant's pre-existing debt to the United States. *Astrue v. Ratliff*, 560 U.S. 586, 589 (2010). Following an order, the United States Department of the Treasury will determine whether Ms. Flinchbaugh owes a debt to the United States. If Ms. Flinchbaugh has no federal debt, the United States will pay them directly to counsel.

Accordingly, it is **ORDERED** that Ms. Flinchbaugh's motion for attorney's fees and costs under the EAJA (Doc. 23) is **GRANTED**. Ms. Flinchbaugh is awarded **$3,489.21** in attorney's fees and **$400.00** in costs.

**ORDERED** in Tampa, Florida, on October 8, 2026.

Amanda Arnold Sansone

AMANDA ARNOLD SANSONE
United States Magistrate Judge